# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10419

_____

CHIANNE D.,

C. D.,

    by and through her mother and Next Friend,
    Chianne D.,

A. V.,

    by and through her mother and Next Friend,
    Jennifer V.,

KIMBER TAYLOR,

K. H.,

    by and through his mother and next friend,
    Kimber Taylor,

                             _Plaintiffs-Appellees,_

_versus_


SECRETARY FOR THE FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION, et al.,

                                       _Defendants,_

SECRETARY, FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

SECRETARY, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,

*Defendants-Appellants.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:23-cv-00985-MMH-LLL

————————————

Before ROSENBAUM, GRANT, and ABUDU, Circuit Judges.

BY THE COURT:

Appellants' motion for a stay pending appeal is DENIED.